**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      **- against -**                      **18-cr-114 (JGK)**

**FRANCISCO SAGASTUME,**                      **ORDER**

           **Defendant.**
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter from the defendant, which the Court has had translated. (The translation is attached). The Court forwards the letter to defense counsel and the Government. Defense counsel should respond to the defendant and make any appropriate applications. The Court will authorize a renewed CJA appointment, if needed. The Court notes that there are some means of accelerating the removal process through waivers.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 19, 2020**                      _____/s/ John G. Koeltl_____
                                                  **John G. Koeltl**
                                        **United States District Judge**

[*TRANSLATION*]

Francisco Sagastume                                                              04/03/2020
ID# 85420-054
[*18-Cr-0114*]


Honorable Judge Jonh [sic] G. Koetl [sic],

I am writing this letter to you with all due respect to notify you or make a request, since we are going through this very difficult, worrisome situation. I am an immigrant, and I risk facing deportation – or rather – I will be deported to my country.

I was sentenced by you, respected judge, to serve a 36-month sentence, of which, counting the good time, there should be approximately 85 days remaining until my release. I am addressing you directly to make a request. I do not know if there is a chance that you would be able to do something to speed up my deportation, since we are going through such a worrisome situation. In the place where I am detained, we are in a very small space. There is no distancing, as there are approximately 75 of us enclosed in a room where there is a high risk of contagion. The reason for my letter is to describe these conditions to you.

Thank you for your time, and if I hope to get an answer.  May God bless you and your family and keep you healthy.

Thank you.


[*Translated 5/19/2020 by the SDNY Interpreters Unit (mh, pg). Words in brackets are translator's inclusions for clarity. Punctuation was added for ease of reading.*]

Francisco Sagastume          04/03/2020
ID#85420-054

Honorable Juez Jonh. G. Koetl me dirijo a usted con todo respeto por este medio para notificarle o hacerle una petición ya que estamos pasando por una situación muy difícil y preocupante yo soy un inmigrante y me arriesgo o mejor dicho voy a ser deportado a mi país fui sentenciado por su Respetable persona para cumplir de condena 36 meses de la cual contando mi tiempo de buena conducta me estan faltando aproximadamente 85 dias para obtener mi libertad y me dirijo a usted directamente para hacerle un pedido no se cuales sean las posibilidades de poder hacer usted algo para acelerar mi deportación ya que estamos pasando por esta preocupante situación y en este lugar que me encuentro detenido estamos en un espacio muy pequeño no tenemos distanciamiento estamos encerrados en un salón aproximadamente 75 personas con altas posibilidades de poder contagiarnos es esto que le describi el motivo de mi carta...

Gracias por su tiempo y si obtengo una respuesta... Dios lo bendiga a Usted y su familia y los mantenga Sanos... Gracias..

Francisco Sagastume #85490-054
555 Geo Drive
Philipsburg, PA, 16866
MVCC

MVCF APPROVED

Jonh. G. Koeltl
500 Pearl Street
New York, NY
10007

JOHNSTOWN PA 159
07 APR 2020 PM 13 T

1000071316