**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————

**UNITED STATES OF AMERICA**

      - against -                      18-cr-114 (JGK)

**FRANCISCO SAGASTUME,**                <u>**ORDER**</u>

             Defendant.
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The defense counsel should report on the status of the defendant by June 19, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **June 17, 2020**            _____/s/ John G. Koeltl_____
                                                         **John G. Koeltl**
                                             **United States District Judge**